UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ANNAMARIE RIETHMILLER | § | |
| | § | |
| vs. | § | NO:  PE:12-CV-00106-RAJ |
| | § | |
| ELECTORS OF THE STATE OF TEXAS | § | |

**ORDER DENYING *IFP***

BEFORE THE COURT is Plaintiff's Application to Proceed *In Forma Pauperis* ("*IFP*") in the above-captioned cause brought pursuant to Title 42 U.S.C. § 1983.  Plaintiff's Application to Proceed *IFP* shows that she has $800.00 a month in income, $12,000 in child support, and $1,000 in gifts and inheritance.  It is, therefore, the opinion of this Court that Plaintiff **DOES** have the means to pay the three-hundred-fifty dollar ($350.00) filing fee in this cause.  Thus, this case should NOT be filed without payment of the three-hundred-fifty dollar ($350.00) filing fee and the Application to Proceed *IFP* shall be denied.

Accordingly,  **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* [docket number 2]  is **DENIED**.

**IT IS FURTHER ORDERED** that **PLAINTIFF ANNAMARIE RIETHMILLER** is **ADVISED** that a failure to pay the three-hundred-fifty dollar ($350.00) filing fee on or before **OCTOBER 31, 2012**, will result in the dismissal of her Complaint for want of prosecution and failure to comply with an order of the Court.

**SIGNED** this 3rd day of **OCTOBER, 2012.**

_____
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE